IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Roselyn Wise

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

Columbia Housing Authority

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for Employment Discrimination**

Case No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial:   ☑ Yes   ☐ No
_(check one)_

RCV'D - USDC COLA SC
JUL 22 '24 PM4:06

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Roselyn Wise
Street Address: 104 Cottage Lake Wise
City and County: Columbia SC Richland
State and Zip Code: SC 29209
Telephone Number: 803.850.7545

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Columbia Housing Authority
- Job or Title (if known):
- Street Address: 1917 Harden St.
- City and County: Columbia, Richland
- State and Zip Code: SC 29204
- Telephone Number: 803.254.3886 ext.234

Defendant No. 2
- Name: Cyntha Gore
- Job or Title (if known): Chief Human Resources Officer
- Street Address: 1917 Harden St.
- City and County: Columbia, Richland
- State and Zip Code: SC 29204
- Telephone Number: 803.254.3886 ext.234

Defendant No. 3
- Name: Latoyce Nix
- Job or Title (if known): Senior Vice President of Property Management & Maintenance
- Street Address: 1917 Harden St
- City and County: Columbia, Richland
- State and Zip Code: SC 29204
- Telephone Number:

Defendant No. 4
- Name: Bobby Brown
- Job or Title (if known): Community Manager

2

Street Address  1917 Harden St.
City and County  Columbia Richland
State and Zip Code  SC 29204
Telephone Number  803.254.3886 ext. 234

C.  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name  Columbia Housing Authority
Street Address  1917 Harden St
City and County  Columbia Richland
State and Zip Code  SC 29204
Telephone Number  803.254.3886 ext. 234

II.  **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑  Other federal law *(specify the federal law)*:
OSHA Laws

3

☑ Relevant state law *(specify, if known)*: _wages not correct during COVID_

☐ Relevant city or county law *(specify, if known)*: _____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☑ Failure to promote me.
☐ Failure to accommodate my disability.
☑ Unequal terms and conditions of my employment.
☑ Retaliation.
☑ Other acts *(specify)*: _FMLA Retaliation_

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) _9/12/23, 9/25/23, 10/9/23, 10/18/23, 11/30/23, 12/14/23, 12/20/23, 01/02/24, 01/08/24, 01/04/24, 4/25/24, 06/04/24, 5/23/24, 5/28/24, 5/29/24, & 7/16/24_

C. I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

4

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☑ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
  _____

E. The facts of my case are as follows. Attach additional pages if needed.

Denied Promotions and never given interviews per policy. Harassment - Out being sick + differential of treatment. Retaliation - FMLA and singling out via email to individuals on a not need to know basis. Invalid evaluation and upset concerning whistle blowing. Denied Prep during COVID.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

?

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* 7/12/24.

5

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking to be accommodated for the mis-treatment endured during COVID to include funds, FMLA Retaliation and harrassment for being out sick. And for being singled out and harrassed by management + HR and not treated fairly during a work place violence incident. This has caused lots of mental anxiety, stress, and fear every time we come to work.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/22, 2024

Signature of Plaintiff _Rosalyn Wise_
Printed Name of Plaintiff _Rosalyn Wise_

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney           _____
Printed Name of Attorney        _____
Bar Number                      _____
Name of Law Firm                _____
Address                         _____
Telephone Number                _____
E-mail Address                  _____