IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Roselyn Wise<br><br>Plaintiff(s),<br><br>vs.<br><br>Columbia Housing Authority, Cynthia Gore, Latoya Nix, Bobby Brown, and Barry Hall,<br><br>Defendant(s). | C.A. No.: 3:24-cv-04066-MGL-PJG<br><br>**DEFENDANTS' RESPONSES TO PLAINTIFF'S RENEWED MOTION TO COMPEL (ECF NO. 214) AND MOTION TO COMPEL (ECF NO. 215)** |

COMES NOW, Defendants Cynthia Gore ("Ms. Gore"), Latoya Nix ("Ms. Nix"), Bobby Brown ("Mr. Brown") and Barry Hall ("Mr. Hall") (hereinafter collectively referred to as the "Individual Defendants") and Columbia Housing Authority ("CHA") (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, hereby submit this Response to both of the following motions filed by Plaintiff Roselyn Wise ("Plaintiff") in the above-captioned matter: (a) Plaintiff's Renewed Motion to Compel Administrative Discovery from All Defendants filed on June 26, 2026 [ECF No. 214] ("Plaintiff's Renewed Motion to Compel"); and (b) Plaintiff's Motion to Compel Complete Discovery Responses From Defendant CHA And Supplementation of Deficient Responses from Defendants Gore, Nix, Brown and Hall filed on June 26, 2026 [ECF No. 215] ("Plaintiff's Motion to Compel"). Specifically, Plaintiff's Renewed Motion to Compel [ECF No. 214] and Motion to Compel [ECF No. 215] are both moot because (a) the Individual Defendants each provided their Response to Plaintiff's First Discovery Requests on May 29, 2026; and (b) CHA provided its Response to Plaintiff's First Discovery Requests on June 29, 2026.

Additionally, Plaintiff alleges that the Individual Defendants' Responses to her Requests are incomplete because she did not receive any documents reflecting any communication from 2021 to 2025 made by the Individual Defendants on their personal phones, emails or social media

accounts concerning her employment, leave, accommodation, compensation or position at CHA. The Individual Defendants are not in possession of documents responsive to Plaintiff's Requests because they never made any such communications on their personal phones, emails or social media accounts. Any communications made by the Individual Defendants concerning Plaintiff's employment, leave, accommodation, compensation or position at CHA were made by each Individual Defendant in their official capacities as employees of CHA. As such, any documents responsive to Plaintiff's Requests were retained solely by CHA as records custodian for its employees in their official capacities. Therefore, any documents responsive to Plaintiff's Requests were provided to Plaintiff on June 29, 2026, with CHA's Responses to Plaintiff's First Discovery Requests.

Accordingly, for the reasons set forth above, Plaintiff's Renewed Motion to Compel [ECF No. 214] and Motion to Compel [ECF No. 215] should be denied.

Respectfully submitted,

BOYKIN & DAVIS, LLC

By: s/ Timothy J. Boykin
Charles J. Boykin (Fed. ID #6310)
Kenneth A. Davis (Fed. ID #9048)
Tierney F. Goodwyn (Fed. ID #12146)
Timothy J. Boykin (Fed. ID #14311)

P.O. Box 11844
Columbia, SC 29211
Telephone: 803-254-0707
Facsimile: 803-254-5609

cjboykin@boykinlawsc.com
kdavis@boykinlawsc.com
tgoodwyn@boykinlawsc.com
tjboykin@boykinlawsc.com

Attorneys for Defendants

July 9, 2026
Columbia, South Carolina