IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Roselyn Wise<br><br>Plaintiff(s),<br><br>vs.<br><br>Columbia Housing Authority, Cynthia Gore, Latoya Nix, Bobby Brown, and Barry Hall,<br><br>Defendant(s). | C.A. No.: 3:24-cv-04066-MGL-PJG<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO PERMIT A REASONABLE COMPLIANCE DATE FOR SUBPOENA DUCES TECUM TO NONPARTY COLUMBIA HOUSING AUTHORITY DEVELOPMENTS-LORICK, LLC** |

COMES NOW, Defendants Cynthia Gore ("Ms. Gore"), Latoya Nix ("Ms. Nix"), Bobby Brown ("Mr. Brown") and Barry Hall ("Mr. Hall") (hereinafter collectively referred to as the "Individual Defendants") and Columbia Housing Authority ("CHA") (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, hereby submit this Response to Plaintiff Roselyn Wise's ("Plaintiff") Motion for Leave to Permit a Reasonable Compliance Date for Subpoena Duces Tecum to Nonparty Columbia Housing Authority Developments-Lorick, LLC filed on June 26, 2026 [ECF No. 216] ("Plaintiff's Motion for Leave"), in the above-captioned matter. Specifically, Plaintiff's Motion for Leave is moot because, on June 29, 2026, Defendant CHA forwarded Ms. Nix's CHA Personnel File with its Responses to Plaintiff's First Discovery Requests.

Additionally, on July 9, 2026, Defendants informed Plaintiff that counsel for Defendants inadvertently produced Ms. Nix's CHA Personnel File without the required "Confidential" designation it should have received pursuant to this Court's Confidentiality Order signed on June 4, 2026, by Judge Paige Gossett [ECF No. 207]. Specifically, Ms. Nix's CHA Personnel File should have been designated as "Confidential" because counsel for Defendants determined in good faith that Ms. Nix's CHA Personnel File contains "sensitive personal information," as provided by Page 2, ¶ 3 of this Court's Confidentiality Order.

Defendants also provided Plaintiff with a replacement copy of Ms. Nix's CHA Personnel File with the proper "Confidential" designation to help identify those documents which fall under this Court's Confidentiality Order. As such, Defendants requested that Plaintiff (a) update her records to reflect the "Confidential" designation for Ms. Nix's CHA Personnel File and ensure that any copies, disclosures or use of the same complies with the requirements of this Court's Confidentiality Order; and (b) ensure that, to the extent Ms. Nix's CHA Personnel File has been shared with any persons authorized to receive confidential materials pursuant to this Court's Confidentiality Order, any such persons are likewise advised of the corrected designation. Defendants renew this request with this Response to Plaintiff's Motion for Leave.

Accordingly, for the reasons set forth above, Plaintiff's Motion for Leave [ECF No. 216] should be denied.

Respectfully submitted,

BOYKIN & DAVIS, LLC

By: s/ Timothy J. Boykin
Charles J. Boykin (Fed. ID #6310)
Kenneth A. Davis (Fed. ID #9048)
Tierney F. Goodwyn (Fed. ID #12146)
Timothy J. Boykin (Fed. ID #14311)

P.O. Box 11844
Columbia, SC 29211
Telephone: 803-254-0707
Facsimile: 803-254-5609

cjboykin@boykinlawsc.com
kdavis@boykinlawsc.com
tgoodwyn@boykinlawsc.com
tjboykin@boykinlawsc.com

Attorneys for Defendants

July 9, 2026
Columbia, South Carolina